UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY EDWARD ANDERSON,

    Plaintiff,

    v.

RENTGROW, INC. d/b/a YARDI RESIDENT SCREENING,

    Defendant.

Civil Action No. 1:15-cv-13582-RGS

### ASSENTED-TO MOTION TO ADMIT DANA B. KLINGES *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Dana B. Klinges, Esq. of Duane Morris, LLP, Philadelphia, Pennsylvania, be permitted to appear and participate in this action *pro hac vice* in association with Gregory S. Bombard, Esq. In support of this Motion, counsel states as follows:

1. Mr. Bombard is a member in good standing of the Bar of this Court and is actively engaged in the practice of law with Massachusetts from the offices of Duane Morris LLP, 100 High Street, Suite 2400, Boston Massachusetts 02110.

2. As set forth in her Certificate attached hereto as Exhibit A, Ms. Klinges is a member in good standing and admitted to practice law before the courts of the Commonwealth of Pennsylvania, the State of New York, and the State of New Jersey. Ms. Klinges is not under any order of disbarment, suspension or any other disciplinary action; nor is any disciplinary action pending against her in any jurisdiction.

3. Defendant RentGrow, Inc, d/b/a Yardi Resident Screening is actively involved with Ms. Klinges.

4. As set forth in her Certificate submitted herewith, Ms. Klinges is familiar with and agrees to observe and be bound by the Local Rules of this Court.

5. Pursuant to Local Rule 7.1(a)(2), counsel for Defendants certifies to the Court that he has contacted counsel for Plaintiffs and obtained assent to this Motion.

WHEREFORE, it is respectfully requested that this Court admit Dana B. Klinges *pro hac vice,* for the purpose of representing Defendant RentGrow, Inc., d/b/a Yardi Resident Screening in this action.

Dated: January 20, 2016

*/s/ Gregory S. Bombard*
Gregory S. Bombard (BBO # 679720)
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA  02110-1724
Phone: (857) 488-4200
Fax: (857) 401-3069
gbombard@duanemorris.com

*Of counsel (pro hac vice admission to be sought):*

Dana B. Klinges
Andrew R. Sperl
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA  19103
Phone: (215) 979-1000
Fax: (215) 979-1020
dklinges@duanemorris.com
arsperl@duanemorris.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 20, 2016.

                                          */s/ Gregory S. Bombard*
                                          Gregory S. Bombard

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY EDWARD ANDERSON,<br><br>      Plaintiff,<br><br>      v.<br><br>RENTGROW, INC. d/b/a YARDI RESIDENT SCREENING,<br><br>      Defendant. | Civil Action No. 1:15-cv-13582-RGS |

**CERTIFICATE OF DANA B. KLINGES IN SUPPORT OF MOTION TO ADMIT DANA B. KLINGES *PRO HAC VICE***

I, Dana B. Klinges, based on personal knowledge, hereby state as follows:

1. I am a partner at the law firm of Duane Morris, LLP, 30 South 17th Street, Philadelphia, PA. My telephone number is 215.979.1143.

2. I am a member in good standing and admitted to practice law before the Bars of the Commonwealth of Pennsylvania, the State of New York, and the State of New Jersey. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. I graduated from Dartmouth College in 1982 and received my J.D. in 1986 from the Fordham University School of Law.

4. I am well versed in the facts of this dispute, and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I am not under any order of disbarment, suspension or any other disciplinary action. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2015.

>*/s/ Dana B. Klinges*
>Dana B. Klinges
>Duane Morris, LLP
>30 Sough 17th Street
>Philadelphia, PA  19103-4196
>Telephone: 215-979-1143
>dklinges@duanemorris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent out to those indicated as non-registered participants on this 20th day of January, 2016.

>*/s/ Gregory S. Bombard*
>Gregory S. Bombard