# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY EDWARD ANDERSON,<br><br>                      Plaintiff,<br><br>              v.<br><br>RENTGROW, INC. d/b/a YARDI RESIDENT SCREENING,<br><br>                      Defendant. | Civil Action No. 1:15-cv-13582-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned action, Gregory Edward Anderson and RentGrow, Inc. d/b/a Yardi Resident Screening, hereby stipulate to the dismissal of this action with prejudice. Each party will bear its own costs and attorney's fees, and the parties waive all rights to appeal.

| | |
|---|---|
| */s/ Gregory Gorski*<br>Gregory Gorski, Esq.<br>(*admitted pro hac vice*)<br>FRANCIS & MAILMAN, P.C.<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA   19110<br>Telephone:  (215) 735-8600<br>Fax:  (215) 940-8000<br>ggorski@consumerlawfirm.com<br><br><br>*Counsel for Plaintiff* | */s/ Gregory S. Bombard*<br>Gregory S. Bombard (BBO # 679720)<br>Duane Morris LLP<br>100 High Street, Suite 2400<br>Boston, MA  02110-1724<br>Phone: (857) 488-4200<br>Fax: (857) 401-3069<br>gbombard@duanemorris.com<br><br>*/s/ Dana B. Klinges*<br>Dana B. Klinges  *(admitted pro hac vice)*<br>Andrew R. Sperl<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA  19103<br>Phone: (215) 979-1000<br>Fax: (215) 979-1020<br>dklinges@duanemorris.com<br>arsperl@duanemorris.com<br><br>*Counsel for Defendant* |